UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 20, 2012
LEONARD GREEN, Clerk

UNITED STATES OF AMERICA, )
)
    Plaintiff-Appellee, )
)
v. ) O R D E R
)
ROBERTO ESPINOSA FARIAS, )
)
    Defendant-Appellant. )

Before: COLE, GIBBONS, and DONALD, Circuit Judge.

Defendant Roberto Farias appeals his conviction of conspiracy to distribute and to possess with intent to distribute cocaine. The government moves to dismiss the appeal based on an appellate-waiver provision in his plea agreement. Farias maintains that his Eighth Amendment challenge to the 340-month sentence is not barred by the waiver.

"Plea agreements are contractual in nature. In interpreting and enforcing them, we are to use traditional principles of contract law." *United States v. Wells*, 211 F.3d 988, 995 (6th Cir. 2000) (quoting *United States v. Robison*, 924 F.2d 612, 613 (6th Cir. 1991)). Plea agreements "are to be enforced according to their terms." *United States v. Moncivais*, 492 F.3d 652, 662 (6th Cir. 2007). An appeal waiver within a plea agreement is valid if it is made knowingly and voluntarily. *United States v. Gibney*, 519 F.3d 301, 305-06 (6th Cir. 2008); *United States v. Coker*, 514 F.3d 562, 573 (6th Cir. 2008). Thus, if the plea was voluntary and the colloquy proper under Federal Rule of Criminal Procedure 11, the waiver provision will be enforced. *See United States v. Sharp*, 442 F.3d 946, 949-52 (6th Cir. 2006).

The government argues that Farias's plea was knowing and voluntary and the sentence imposed falls within the terms of the appeal waiver. Farias does not assert that the appeal waiver was not knowing and voluntary. In his appellate brief, he mischaracterizes the waiver as excepting from its terms any unconstitutional sentence. The language of the appeal waiver is not as broad as Farias asserts. The appeal waiver permits an appeal only of a sentence above the statutory maximum or a sentence that is based on unconstitutional factors such as race, religion, or gender. Farias's Eighth Amendment challenge does not fall within the exception to the wavier, and his appeal is barred by the express terms of the plea agreement.

The government is entitled to enforcement of the valid appeal waiver, and its motion to dismiss is **GRANTED**.

ENTERED BY ORDER OF THE COURT

_____
Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 20, 2012

Mr. Joseph Patten Brown III
Law Offices of Pat Brown
757 W. Main Street
Suite 107
New Britain, CT 06053

Ms. Jennifer L. McManus
U.S. Attorney's Office
P.O. Box 208
Grand Rapids, MI 49501

        Re: Case No. 11-2479, *USA v. Roberto Farias*
           Originating Case No. : 1:08-CR-274-21

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                        Sincerely yours,

                        s/Robin Duncan
                        Case Manager
                        Direct Dial No. 513-564-7027

Enclosure

No mandate to issue