FILED - GR
December 27, 2016 10:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: kw   Scanned: KW 12/28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Roberto Espinosa Farias,

    Defendant.

Case No. 1:08-cr-274

Hon. Paul L. Maloney

### Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)
### (Guideline Amendment No. 782)

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, which made a reduction in the base offense level for drug offenses retroactive as of November 1, 2014, and in support of my motion state as follows:

1. I am serving a term of imprisonment.

2. My sentence was based, at least in part, on a drug quantity. __Yes__ (Yes or No)

3. I was sentenced in the Western District of Michigan on __Nov. 07, 2011__ (date) to a term of __340__ months in prison. My total offense level was __Categ. 40__ and my criminal history category was __II__.

4. My projected release date is __2037__. I understand that the Amendment does not authorize release of any defendant before November 1, 2015.

5. I hereby request a court-appointed attorney. __Yes__ (Yes or No)
   If yes, please complete the attached Financial Affidavit.
   (Note: appointment of counsel is discretionary with the Court)

**WITH THE EXCEPTION OF THE FINANCIAL AFFIDAVIT, PLEASE DO NOT SUBMIT OR ATTACH ANY OTHER MATERIALS AT THIS TIME OR YOUR MOTION WILL BE REJECTED AND RETURNED.**

Signature of Petitioner: [signature]      Date: __December 18, 2016__

Print or Type Name: Roberto Espinosa Farias      Register #: __74198-012__

Current Address: F.C.I. Mendota, P.O. Box 9, Mendota, CA 93640

Roberto Espinosa Farias
Reg. # 74198-020
Federal Correctional Inst.
F.C.I. Mendota
P.O. box 9
Mendota, California 93640



C/O   Office Of The Clerk Of Court
United States District Court for the Western District Of Michigan
110 Michigan Street, NW
Grand Rapids, MI 49503

LEGAL-MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7016 1370 0000 0075 9321

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office Of the Clerk of Court
United States District Court
110 Michigan Street, NW
Grand Rapids, MI 49503

2. Article Number
   (Transfer from service label)    7016 1370 0000 0075 9321

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

FEDERAL CORRECTIONAL INSTITUTION, MENDOTA
P.O. BOX 9
MENDOTA, CA   93640
DATE: 12-19-16
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.