UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO ESPINOSA FARIAS,

    Defendant.

_____/

Case No. 1:08-cr-274-21

HONORABLE PAUL L. MALONEY

## ORDER APPOINTING COUNSEL

Defendant has filed a motion for appointment of counsel regarding the First Step Act (ECF No. 1123). Defendant may, or may not, be eligible for a reduced sentence under the First Step Act of 2018. The court determines that Defendant should have counsel appointed to address the import, if any, of the Act on Defendant's sentence. Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender, or a designee, is hereby appointed to represent Defendant in the captioned case. Defendant, through counsel, may file a supplemental brief within 60 days of the date of this order. The Government may file a response within 30 days of service of any supplemental brief.

Dated: December 17, 2020

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge